WILLIAM FRIEDMAN, for plaintiff in error.

P. F. MURRAY, for defendant in error.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

## Abstract of the Decision.

1. CORPORATIONS, § 516*—*when evidence shows business not incorporated.* In an action to recover the purchase price of goods, evidence *held* to show that defendant was owner of the business by which the goods were purchased, that he was doing business under such name and that the business was not incorporated.

2. MUNICIPAL COURT OF CHICAGO, § 30*—*when granting of leave to amend statement of claim is not ground for reversal.* The fact that though leave was given to amend the statement of claim in a case of the fourth class in the Municipal Court of Chicago, which named several defendants who were not served with process, no amendment was actually made, is not ground for reversal.

3. APPEAL AND ERROR, § 471*—*when objection to statement elicited on cross-examination may not be raised.* One who elicits a statement from a witness on cross-examination and does not object thereto cannot raise the objection on appeal.

Eugenie Lambert, trading as Madame Eugenie, Defendant in Error, v. Mrs. L. M. Loomis, Plaintiff in Error.

## Gen. No. 22,168.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURTNEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed June 27, 1917.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by Eugenie Lambert, trading as Madame Eugenie, plaintiff, against Mrs. L. M. Loomis, defendant, to recover for goods sold. To reverse a judgment for plaintiff for $63.50, defendant prosecutes this writ of error.

EDMUND D. CARTER, for plaintiff in error.

JAMES W. MRAZ, for defendant in error.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

## Abstract of the Decision.

SALES, § 329*—*when evidence insufficient to support verdict.* In an action to recover for goods sold, evidence *held* insufficient to support a verdict for plaintiff.

---

## Arbenz Car Company, Defendant in Error, v. Edward J. Ader, Plaintiff in Error.

### Gen. No. 22,179.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed June 27, 1917.

## Statement of the Case.

Action by the Arbenz Car Company, a corporation, plaintiff, against Edward J. Ader, defendant, to recover on a promissory note. To reverse a judgment

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.